# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 16, 2023

Mr. Jonathan Franklin Mitchell
MITCHELL LAW, PLLC
Suite 400
111 Congress Avenue
Austin, TX  78701

RE:  23-2450  Christian Labor Association, et al v. City of Duluth, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

ASL

Enclosure(s)

cc:    Mr. Timothy W. Andrew
      Mr. Lucas Robert Jason Aubrey
      Ms. Carla R Bebault
      Ms. Victoria Louise Bor
      Ms. Clerk, U.S. District Court, District of Minnesota
      Ms. Amran Farah
      Ms. Lynne Krenz
      Mr. Robert D. Kurnick
      Ms. Emily Muirhead McAdam
      Ms. Davida Sheri McGhee
      Mr. Monte Mills
      Mr. Jonathan Newman
      Ms. Paige Orcutt
      Ms. Jane C. Poole
      Mr. Thomas R. Revnew
      Ms. Elizabeth Sellers Tabor
      Mr. Walter S. Zimolong III

District Court/Agency Case Number(s): 0:21-cv-00227-DWF

**Caption For Case Number: 23-2450**

Christian Labor Association; Kaski, Inc.; Nordic Group, Inc.; Roen Salvage Co.; Luke Krhin

    Plaintiffs - Appellants

Shawn Kunnari; Dylan Smith

    Plaintiffs

v.

City of Duluth; City of Cloquet; City of Two Harbors; Western Lake Superior Sanitary District; Duluth Building and Construction Trades Council

    Defendants - Appellees

**Addresses For Case Participants:   23-2450**

Mr. Jonathan Franklin Mitchell
MITCHELL LAW, PLLC
Suite 400
111 Congress Avenue
Austin, TX  78701

Mr. Timothy W. Andrew
BROWN & ANDREW
300 Alworth Building
306 W. Superior Street
Duluth, MN  55802-0000

Mr. Lucas Robert Jason Aubrey
SHERMAN & DUNN
Suite 1000
900 Seventh Street, N.W.
Washington, DC  20001-0000

Ms. Carla R Bebault
WARREN E. BURGER FEDERAL BUILDING
316 N. Robert Street
Saint Paul, MN  55101-0000

Ms. Victoria Louise Bor
SHERMAN & DUNN
Suite 1000
900 Seventh Street, N.W.
Washington, DC  20001-0000

Ms.  Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Amran Farah
GREENE & ESPEL
Suite 2200
222 S. Ninth Street
Minneapolis, MN  55402-0000

Ms. Lynne Krenz
U.S. DISTRICT COURT
District of Minnesota
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN  55101-0000

Mr. Robert D. Kurnick
SHERMAN & DUNN
Suite 1000
900 Seventh Street, N.W.
Washington, DC  20001-0000

Ms. Emily Muirhead McAdam
GREENE & ESPEL
Suite 2200
222 S. Ninth Street
Minneapolis, MN  55402-0000

Ms. Davida Sheri McGhee
GREENE & ESPEL
Suite 2200
222 S. Ninth Street
Minneapolis, MN  55402-0000

Mr. Monte Mills
GREENE & ESPEL
Suite 2200
222 S. Ninth Street
Minneapolis, MN  55402-0000

Mr. Jonathan Newman
SHERMAN & DUNN
Suite 1000
900 Seventh Street, N.W.
Washington, DC  20001-0000

Ms. Paige Orcutt
CITY OF DULUTH
Suite 440
411 W. First Street
Duluth, MN  55802

Ms. Jane C. Poole
ANDREW & BRANSKY
Suite 300
302 W. Superior Street
Duluth, MN  55802

Mr. Thomas R. Revnew
PETERS & REVNEW
Suite 500
7300 Metro Boulevard
Minneapolis, MN 55439

Ms. Elizabeth Sellers Tabor
DULUTH CITY ATTORNEY'S OFFICE
Room 410
411 W. First Street
Duluth, MN 55802

Mr. Walter S. Zimolong III
ZIMOLONG, LLC
P.O. Box 552
Villanova, PA 19085