# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**Christian Labor Association**, et al.,

    Plaintiffs-Appellants,

v.

**City of Duluth**, et al.,

    Defendants-Appellees.

No. 23-2450

## JOINT MOTION TO AMEND CAPTION

The parties jointly and respectfully move to amend the caption to remove Shawn Kunnari and Dylan Smith. Mr. Kunnari and Mr. Smith have dismissed their claims against the defendants-appellees under Rule 41. So they are no longer plaintiffs or parties to the case and should not be listed in the caption.

The parties respectfully ask the Court to amend the caption to read as follows:

> CHRISTIAN LABOR ASSOCIATION; KASKI, INC.; NORDIC GROUP, INC.; ROEN SALVAGE CO.; LUKE KRHIN,
>
>     *Plaintiffs-Appellants*,
>
> v.
>
> CITY OF DULUTH; CITY OF CLOQUET; CITY OF TWO HARBORS; WESTERN LAKE SUPERIOR SANITARY DISTRICT; DULUTH BUILDING AND CONSTRUCTION TRADES COUNCIL,

Appellate Case: 23-2450    Page: 1    Date Filed: 06/24/2023 Entry ID: 5289518

*Defendants-Appellees.*

## CONCLUSION

The joint motion to amend the caption should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
jonathan@mitchell.law

*Counsel for Plaintiffs-Appellants*

Dated: June 24, 2023

/s/ Jonathan D. Newman
JONATHAN D. NEWMAN
Sherman Dunn, P.C.
900 Seventh Street NW, Suite 1000
Washington, DC 20001
(202) 785-9300
newman@shermandunn.com

/s/ Timothy W. Andrew
Timothy W. Andrew, Reg. No. 227250
302 West Superior Street, Suite 300
Duluth, MN 55802
timandrew@duluthlawfirm.com
218-722-1764

*Counsel for Duluth Building and Construction Trades Council*

/s/ Monte A. Mills
Monte A. Mills, Reg. No. 030458X
Amran A. Farah, Reg. No. 0395354
Emily M. McAdam, Reg. No. 0400898
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
mmills@greeneespel.com
afarah@greeneespel.com
emcadam@greeneespel.com
(612) 373-0830

*Counsel for the City of Cloquet, City of Two Harbors, and Western Lake Superior Sanitary District*

*/s/* Elizabeth Sellers Tabor
Elizabeth Sellers Tabor (#0395652)
Paige Orcutt (#0399467)
Assistant City Attorneys
411 West First Street, Rm. 440
Duluth, MN 55802
Telephone: 218-730-5281
etabor@duluthmn.gov
porcutt@duluthmn.gov

*Counsel for the City of Duluth*

JOINT MOTION TO AMEND CAPTION	Page 3 of 5

Appellate Case: 23-2450     Page: 3     Date Filed: 06/24/2023 Entry ID: 5289518

# CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 113 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: June 24, 2023

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I certify that on June 24, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Elizabeth A. Sellers
Assistant City Attorney
411 West First Street, Room 440
Duluth, Minnesota 55802
(218) 730-5281
esellers@duluthmn.gov

*Counsel for Appellee City of Duluth*

Monte A. Mills
Greene Espel PLLP
222 South Ninth Street, Suite 2200
Minneapolis, Minnesota 55402
612-373-0830
mmills@greeneespel.com

*Counsel for Appellees City of Cloquet, City of Two Harbors, and the Western Lake Superior Sanitary District*

Victoria L. Bor
Jonathan D. Newman
Sherman Dunn, P.C.
900 Seventh Street NW, Suite 1000
Washington, DC 20001
(202) 785-9300
bor@shermandunn.com
newman@shermandunn.com

*Counsel for Appellee Duluth Building and Construction Trades Council*

  /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs-Appellants*